**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In cases where some Defendants have "settled in principle," this order applies only to the remaining parties.

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorizations[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 29th day of January, 2013.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

EXHIBIT A

| | |
|---|---|
| Miller et al v. Wyeth et al | 4:05-cv-00786-BRW |
| Conville, Diane | 4:06-cv-00508-BRW |
| Cavette v. Wyeth et al | 4:06-cv-00679-BRW |
| Attuso, et al v. Wyeth Inc, et al | 4:03-cv-00195-BRW |
| Gill, et al v. Wyeth Inc, et al | 4:03-cv-00351-BRW |
| Bohannon v. Wyeth Inc, et al | 4:03-cv-00359-BRW |
| Massimino v. Wyeth Company | 4:03-cv-00551-BRW |
| Brown, et al v. Wyeth Inc, et al | 4:03-cv-00573-BRW |
| Enberg, et al v. Wyeth Inc, et al | 4:03-cv-00755-BRW |
| Dunn, et al v. Wyeth Inc, et al | 4:03-cv-00917-BRW |
| Payne v. Wyeth, et al | 4:03-cv-00924-BRW |
| Whitus v. Wyeth Inc, et al | 4:04-cv-00074-BRW |
| Ault, et al v. Wyeth Inc, et al | 4:04-cv-00298-BRW |
| Deguzman v. Wyeth | 4:04-cv-00728-BRW |
| Simmons v. Wyeth Inc, et al | 4:04-cv-01115-BRW |
| Mann, et al v. Wyeth Inc, et al | 4:04-cv-01203-BRW |
| Alexander, et al v. Wyeth, et al | 4:04-cv-01223-BRW |
| Cheltra v. Wyeth, et al | 4:04-cv-01294-BRW |
| Banas, et al v. Wyeth, et al | 4:04-cv-01308-BRW |
| Rogers, et al v. GlaxoSmithKline Inc, et al | 4:04-cv-01437-BRW |
| Davis, et al v. Barr Laboratories, et al | 4:04-cv-01444-BRW |
| Thompson v. Wyeth Pharmaceutical, et al | 4:04-cv-02206-BRW |
| Meyer, et al v. Wyeth, et al | 4:04-cv-02316-BRW |
| Clouser v. Wyeth, et al | 4:05-cv-00075-BRW |
| Posey et al v. Wyeth et al | 4:05-cv-00206-BRW |
| Indyk, et al v. Wyeth Pharmaceutical, et al | 4:05-cv-00380-BRW |
| McMurray v. Wyeth Pharmaceutical, et al | 4:05-cv-00382-BRW |
| Daly v. Wyeth, et al | 4:05-cv-00396-BRW |
| Shareff v. Wyeth Pharmaceutical, et al | 4:05-cv-00406-BRW |
| Weissmer, et al v. Wyeth Pharmaceutical, et al | 4:05-cv-00423-BRW |
| Mullikin v. Wyeth Pharmaceutical, et al | 4:05-cv-00427-BRW |
| Paquin, et al v. Wyeth, et al | 4:05-cv-00598-BRW |
| Campbell v. Wyeth, et al | 4:05-cv-00614-BRW |
| Thompson, et al v. Wyeth, et al | 4:05-cv-00651-BRW |
| Nickle v. Solvay Inc, et al | 4:05-cv-00657-BRW |
| Spicer v. Wyeth, et al | 4:05-cv-00697-BRW |
| Turner v. Wyeth Inc, et al | 4:05-cv-00726-BRW |
| Mason et al v. Wyeth et al | 4:05-cv-00832-BRW |
| Amdur v. Wyeth Pharmaceutical, et al | 4:05-cv-00841-BRW |
| Wilkerson v. Wyeth Inc, et al | 4:05-cv-00910-BRW |

| | |
|---|---|
| Shea et al v. Wyeth Pharmaceuticals Inc et al | 4:05-cv-00969-BRW |
| Higginbotham et al v. Wyeth Pharm Inc et al | 4:05-cv-00974-BRW |
| Buckaway v. Wyeth et al | 4:05-cv-01107-BRW |
| Douglass et al v. Wyeth Inc et al | 4:05-cv-01133-BRW |
| Glash et al v. Wyeth et al | 4:05-cv-01234-BRW |
| Nikolchev et al v. Wyeth Pharmaceuticals Inc et al | 4:05-cv-01245-BRW |
| Anderson et al v. Wyeth Pharmaceuticals Inc et al | 4:05-cv-01246-BRW |
| Cain v. Pharmacia and Upjohn Company LLC et al | 4:05-cv-01366-BRW |
| Lasater v. Novartis Pharmaceuticals Inc et al | 4:05-cv-01381-BRW |
| Teague et al v. Wyeth et al | 4:05-cv-01391-BRW |
| Byrd et al v. Wyeth Pharmaceuticals Inc et al | 4:05-cv-01402-BRW |
| Moisi v. Wyeth Pharmaceuticals Inc et al | 4:05-cv-01404-BRW |
| Anderson et al v. Wyeth et al | 4:05-cv-01408-BRW |
| Guslawski et al v. Wyeth et al | 4:05-cv-01409-BRW |
| Bowling et al v. Wyeth et al | 4:05-cv-01433-BRW |
| Demetriou v. Wyeth et al | 4:05-cv-01434-BRW |
| Roth v. Wyeth et al | 4:05-cv-01446-BRW |
| Liu et al v. Wyeth et al | 4:05-cv-01466-BRW |
| Zawadzki et al v. Wyeth Inc et al | 4:05-cv-01555-BRW |
| Beaver v. Wyeth et al | 4:05-cv-01573-BRW |
| Adler et al v. Wyeth et al | 4:05-cv-01574-BRW |
| Miller v. Wyeth et al | 4:05-cv-01575-BRW |
| Keener v. Pfizer Inc et al | 4:05-cv-01793-BRW |
| Francis v. Wyeth et al | 4:05-cv-01870-BRW |
| Walters et al v. Wyeth et al | 4:05-cv-01871-BRW |
| Johnson v. Wyeth et al | 4:05-cv-01896-BRW |
| Smith v. Wyeth et al | 4:05-cv-01909-BRW |
| Rearden v. Wyeth et al | 4:05-cv-01920-BRW |
| Quinn v. Wyeth et al | 4:06-cv-00050-BRW |
| Hinkle v. Wyeth et al | 4:06-cv-00079-BRW |
| Smith et al v. Wyeth et al | 4:06-cv-00111-BRW |
| Cantwell v. Wyeth Inc et al | 4:06-cv-00121-BRW |
| Schroeder et al v. Wyeth et al | 4:06-cv-00128-BRW |
| Giambrone v. Wyeth et al | 4:06-cv-00160-BRW |
| Montalvo et al v. Wyeth et al | 4:06-cv-00197-BRW |
| Ridgeway et al v. Wyeth et al | 4:06-cv-00294-BRW |
| Walker v. Wyeth Inc et al | 4:06-cv-00302-BRW |
| Galante et al v. Wyeth Inc et al | 4:06-cv-00332-BRW |
| Farinash v. Wyeth Inc et al | 4:06-cv-00408-BRW |
| Pease v. Wyeth et al | 4:06-cv-00417-BRW |

| | |
|---|---|
| Miller et al v. Wyeth et al | 4:06-cv-00423-BRW |
| Dudley v. Wyeth et al | 4:06-cv-00430-BRW |
| Lee et al v. Wyeth Inc et al | 4:06-cv-00432-BRW |
| Stark v. Wyeth et al | 4:06-cv-00435-BRW |
| Baker et al v. Wyeth et al | 4:06-cv-00441-BRW |
| Plowman et al v. Wyeth et al | 4:06-cv-00443-BRW |
| Bolton et al v. Wyeth et al | 4:06-cv-00493-BRW |
| Gage et al v. Wyeth et al | 4:06-cv-00590-BRW |
| Briscoe et al v. Wyeth et al | 4:06-cv-00661-BRW |
| Guillot et al v. Wyeth et al | 4:06-cv-00697-BRW |
| Gillespie et al v. Wyeth et al | 4:06-cv-00702-BRW |
| Moffett v. Wyeth et al | 4:06-cv-00722-BRW |
| Keller v. Pfizer Inc et al | 4:06-cv-00735-BRW |
| Kell v. Wyeth et al | 4:06-cv-00772-BRW |
| Naquin et al v. Wyeth et al | 4:06-cv-00784-BRW |
| Farist et al v. Wyeth et al | 4:06-cv-00787-BRW |
| Flint et al v. Wyeth et al | 4:06-cv-00793-BRW |
| Thomas v. Wyeth et al | 4:06-cv-00800-BRW |
| Smith et al v. Wyeth et al | 4:06-cv-00805-BRW |
| Mungle v. Wyeth et al | 4:06-cv-00806-BRW |
| Goldberg v. Wyeth et al | 4:06-cv-00821-BRW |
| Bechel et al v. Wyeth et al | 4:06-cv-00856-BRW |
| Siahmakoun v. Wyeth et al | 4:06-cv-00858-BRW |
| Torres v. Solvay Pharmaceuticals, Inc. et al | 4:06-cv-00860-BRW |
| Calhoun et al v. Wyeth et al | 4:06-cv-00878-BRW |
| Russell et al v. Vivelle Ventures LLC et al | 4:06-cv-00879-BRW |
| Pinkerton et al v. Wyeth et al | 4:06-cv-00881-BRW |
| Allen v. Wyeth et al | 4:06-cv-00882-BRW |
| Jamison v. Wyeth et al | 4:06-cv-00887-BRW |
| Lyons v. Wyeth et al | 4:06-cv-00916-BRW |
| Dortch v. Wyeth et al | 4:06-cv-00937-BRW |
| Wright v. Wyeth et al | 4:06-cv-00938-BRW |
| Crosby et al v. Wyeth et al | 4:06-cv-00957-BRW |
| Thornton v. Wyeth et al | 4:06-cv-00985-BRW |
| Duncan v. Wyeth et al | 4:06-cv-00993-BRW |
| Black v. Wyeth et al | 4:06-cv-01022-BRW |
| Goodman v. Wyeth et al | 4:06-cv-01048-BRW |
| Brownewell v. Wyeth et al | 4:06-cv-01049-BRW |
| Bell et al v. Wyeth et al | 4:06-cv-01051-BRW |
| Peterson et al v. Wyeth et al | 4:06-cv-01056-BRW |

| | |
|---|---|
| Bodganski et al v. Wyeth et al | 4:06-cv-01069-BRW |
| White-Brown v. Wyeth et al | 4:06-cv-01120-BRW |
| Wojcik v. Wyeth et al | 4:06-cv-01127-BRW |
| Chetta et al v. Wyeth et al | 4:06-cv-01130-BRW |
| Cavaliere v. Wyeth et al | 4:06-cv-01165-BRW |
| | |
| Burton v. Wyeth et al | 4:06-cv-01186-BRW |
| Willenbrock et al v. Wyeth et al | 4:06-cv-01200-BRW |
| Synegal v. Wyeth et al | 4:06-cv-01209-BRW |
| Mower et al v. Wyeth et al | 4:06-cv-01212-BRW |
| Everett v. Wyeth et al | 4:06-cv-01217-BRW |
| | |
| Campbell v. Wyeth et al | 4:06-cv-01222-BRW |
| Bradley v. Wyeth et al | 4:06-cv-01224-BRW |
| Fortner et al v. Wyeth et al | 4:06-cv-01252-BRW |
| Shelton et al v. Wyeth et al | 4:06-cv-01331-BRW |
| Kinser v. Wyeth et al | 4:06-cv-01339-BRW |
| | |
| Clement et al v. Wyeth et al | 4:06-cv-01345-BRW |
| Woolum et al v. Wyeth et al | 4:06-cv-01358-BRW |
| Branham et al v. Wyeth et al | 4:06-cv-01373-BRW |
| Puzzuole v. Wyeth et al | 4:06-cv-01398-BRW |
| Anthony v. Barr Laboratories Inc et al | 4:06-cv-01433-BRW |
| | |
| Zimmerman v. Wyeth et al | 4:06-cv-01438-BRW |
| Johnson v. Wyeth et al | 4:06-cv-01443-BRW |
| Karell v. Wyeth et al | 4:06-cv-01448-BRW |
| Neubarth v. Wyeth et al | 4:06-cv-01455-BRW |
| Frank v. Wyeth et al | 4:06-cv-01474-BRW |
| | |
| Roseman v. Wyeth et al | 4:06-cv-01488-BRW |
| Rosenbloom et al v. Wyeth et al | 4:06-cv-01502-BRW |
| Balis et al v. Wyeth et al | 4:06-cv-01506-BRW |
| Schultz v. Wyeth et al | 4:06-cv-01516-BRW |
| Bourgeois v. Wyeth Pharmaceuticals Inc et al | 4:06-cv-01539-BRW |
| | |
| Morgan v. Wyeth et al | 4:06-cv-01555-BRW |
| Sayers v. Wyeth et al | 4:06-cv-01564-BRW |
| Koch v. Wyeth et al | 4:06-cv-01617-BRW |
| Chambers v. Wyeth et al | 4:06-cv-01650-BRW |
| Rittenberry v. Wyeth et al | 4:06-cv-01679-BRW |
| | |
| Tipton et al v. Wyeth et al | 4:06-cv-01700-BRW |
| Hagstrand et al v. Barr Pharmaceuticals, Inc. et al | 4:06-cv-01712-BRW |
| Brawner v. Parke Davis | 4:07-cv-00026-BRW |
| Prickett v. Wyeth et al | 4:07-cv-00090-BRW |
| Strickland v. Wyeth et al | 4:07-cv-00093-BRW |

| | |
|---|---|
| Williams et al v. Wyeth et al | 4:07-cv-00095-BRW |
| Simpson v. Wyeth et al | 4:07-cv-00126-BRW |
| Dudley v. Wyeth et al | 4:07-cv-00129-BRW |
| Spell v. Wyeth et al | 4:07-cv-00130-BRW |
| Lee v. Wyeth et al | 4:07-cv-00132-BRW |
| McKnight v. Wyeth et al | 4:07-cv-00156-BRW |
| Spangler v. Solvay Pharmaceuticals Inc et al | 4:07-cv-00251-BRW |
| Payne v. Wyeth et al | 4:07-cv-00321-BRW |
| Anderson v. Wyeth et al | 4:07-cv-00332-BRW |
| Snyder v. Wyeth et al | 4:07-cv-00340-BRW |
| Tangman et al v. Wyeth et al | 4:07-cv-00419-BRW |
| McCune v. Wyeth et al | 4:07-cv-00430-BRW |
| Kota v. Barr Laboratories Inc et al | 4:07-cv-00467-BRW |
| Nussbaum et al v. Wyeth Inc et al | 4:07-cv-00469-BRW |
| Harding v. Wyeth et al | 4:07-cv-00478-BRW |
| Napolitano et al v. Wyeth et al | 4:07-cv-00546-BRW |
| Dale v. Wyeth et al | 4:07-cv-00558-BRW |
| Hawk v. Solvay Pharmaceuticals Inc et al | 4:07-cv-00586-BRW |
| Noah v. Wyeth et al | 4:07-cv-00596-BRW |
| Irwin et al v. Wyeth et al | 4:07-cv-00731-BRW |
| Stolbun v. Wyeth et al | 4:07-cv-00816-BRW |
| Mills v. Wyeth Pharmaceuticals Inc et al | 4:07-cv-00884-BRW |
| Womack v. Barr Laboratories Inc et al | 4:07-cv-01069-BRW |
| Harsin-Pilus et al v. Wyeth et al | 4:07-cv-01132-BRW |
| Buford v. Wyeth et al | 4:07-cv-01153-BRW |
| Turner v. Wyeth et al | 4:08-cv-00035-BRW |
| Hanley v. Pharmacia & Upjohn Co. LLC et al | 4:08-cv-00051-BRW |
| Cruz v. Arqule Inc et al | 4:08-cv-00085-BRW |
| Carp et al v. Novo Nordisk Inc | 4:08-cv-00172-BRW |
| Pierson v. Wyeth et al | 4:08-cv-00238-BRW |
| Baker v. Wyeth et al | 4:08-cv-00320-BRW |
| Helms et al v. Warner Chilcott Inc | 4:08-cv-00354-BRW |
| Kielty v. Wyeth et al | 4:08-cv-00402-BRW |
| Okon v. Wyeth et al | 4:08-cv-00462-BRW |
| Jewell et al v. Wyeth et al | 4:08-cv-00617-BRW |
| Sims v. Wyeth et al | 4:08-cv-00626-BRW |
| Lewis et al v. Wyeth Inc et al | 4:08-cv-00666-BRW |
| Mahoney v. Wyeth et al | 4:08-cv-00698-BRW |
| Draper et al v. Wyeth et al | 4:08-cv-00699-BRW |
| Amador v. Pfizer Inc et al | 4:08-cv-00779-BRW |

| | |
|---|---|
| Barnes v. Wyeth et al | 4:08-cv-00864-BRW |
| Tucker v. Wyeth et al | 4:08-cv-00970-BRW |
| Archbold et al v. Wyeth et al | 4:08-cv-01288-BRW |
| Fisher v. Wyeth et al | 4:08-cv-01393-BRW |
| Peschka et al v. Abbott Laboratories et al | 4:08-cv-01441-BRW |
| Peterson v. Wyeth et al | 4:08-cv-01687-BRW |
| Wilkins v. Novartis Pharmaceuticals et al | 4:08-cv-01765-BRW |
| Rackers v. Warner Chilcott Limited et al | 4:08-cv-01798-BRW |
| Becker v. Wyeth Inc et al | 4:08-cv-01803-BRW |
| Boren v Abbott Laboratories Inc | 4:08-cv-01825-BRW |
| Clark v Ortho McNeil Pharmaceuticals Inc | 4:08-cv-01826-BRW |
| Crowe v Bristol Myers Squibb Company et al | 4:08-cv-01827-BRW |
| Jackson v Abbott Laboratories Inc | 4:08-cv-01828-BRW |
| Johnson v. Abbott Laboratories Inc | 4:08-cv-01829-BRW |
| McNamara v. Aventis Pharmaceuticals Inc et al | 4:08-cv-01832-BRW |
| Moeller v. Wyeth et al | 4:08-cv-01839-BRW |
| Russell v. Bristol Myers Squibb Company et al | 4:08-cv-01844-BRW |
| Weaver v. Barr Pharmaceuticals Inc et al | 4:08-cv-01848-BRW |
| Young v. Berlex Laboratories LLC et al | 4:08-cv-01853-BRW |
| Nichols v. Watson Laboratories Inc et al | 4:08-cv-01856-BRW |
| Romich v. Wyeth et al | 4:08-cv-01857-BRW |
| Weaver v. Wyeth et al | 4:08-cv-01999-BRW |
| Blaisdell v. Wyeth et al | 4:08-cv-02116-BRW |
| Saul et al v. Wyeth et al | 4:08-cv-02261-BRW |
| Weaver v. Wyeth et al | 4:08-cv-02313-BRW |
| Kropf v. Wyeth et al | 4:08-cv-02314-BRW |
| McCarthy v. Wyeth Pharmaceuticals Inc et al | 4:08-cv-02388-BRW |
| Cook v. Wyeth et al | 4:08-cv-02413-BRW |
| Bowles et al v. Wyeth et al | 4:08-cv-02515-BRW |
| Jung et al v. Wyeth Pharmaceuticals Inc et al | 4:08-cv-02666-BRW |
| Purdy et al v. Wyeth Inc et al | 4:08-cv-02700-BRW |
| Smith v. Wyeth Inc et al | 4:08-cv-02732-BRW |
| Thompson et al v. Wyeth Pharmaceuticals Inc et al | 4:08-cv-02765-BRW |
| Crawford et al v. Wyeth et al | 4:08-cv-02904-BRW |
| Grossman v. Wyeth Inc et al | 4:08-cv-02920-BRW |
| Ladig et al v. Wyeth Pharmaceuticals Inc et al | 4:08-cv-03028-BRW |
| Bernard v. Bristol Myers Squibb Company et al | 4:08-cv-03047-BRW |
| Landry v. Abbott Laboratories | 4:08-cv-03088-BRW |
| Mattingly v. Pharmacia & Upjohn Co. LLC et al | 4:08-cv-03092-BRW |
| Estell v. Wyeth et al | 4:08-cv-03119-BRW |

| | |
|---|---|
| Reed v. Pfizer Inc et al | 4:08-cv-03121-BRW |
| White et al v. Pfizer Inc et al | 4:08-cv-03122-BRW |
| Bumpas v. Wyeth et al | 4:08-cv-03167-BRW |
| Johann v. Wyeth et al | 4:08-cv-03178-BRW |
| McLain v. Wyeth et al | 4:08-cv-03207-BRW |
| Haupert v. Wyeth et al | 4:08-cv-03211-BRW |
| Weinfurtner v. Wyeth et al | 4:08-cv-03213-BRW |
| Groth v. Wyeth et al | 4:08-cv-03224-BRW |
| Kaiser v. Wyeth Inc et al | 4:08-cv-03237-BRW |
| Hankins et al v. Wyeth et al | 4:08-cv-03282-BRW |
| Scuteri et al v. Wyeth et al | 4:08-cv-03331-BRW |
| Crestelle v. Wyeth et al | 4:08-cv-03333-BRW |
| Anderson v. Wyeth et al | 4:08-cv-03545-BRW |
| Kowalewski et al v. Wyeth et al | 4:08-cv-03558-BRW |
| Wright v. Wyeth et al | 4:08-cv-03559-BRW |
| Finn v. Wyeth et al | 4:08-cv-03560-BRW |
| Morgan et al v. Wyeth et al | 4:08-cv-03572-BRW |
| Skidmore v. Wyeth Pharmaceuticals Inc et al | 4:08-cv-03608-BRW |
| Alvarran et al v. Wyeth, et al | 4:08-cv-03631-BRW |
| Sanford v. Wyeth Inc et al | 4:08-cv-03671-BRW |
| Burton et al v. Wyeth, et al | 4:08-cv-03677-BRW |
| Hennin v. Wyeth Inc et al | 4:08-cv-03699-BRW |
| Cole et al v. Wyeth, et al | 4:08-cv-03708-BRW |
| Cornell v. Wyeth, et al | 4:08-cv-03723-BRW |
| Goodman et al v. Wyeth, et al | 4:08-cv-03777-BRW |
| Humphreys v. Wyeth, et al | 4:08-cv-03833-BRW |
| Mayo et al v. Wyeth, et al | 4:08-cv-03905-BRW |
| Roy et al v. Wyeth, et al | 4:08-cv-03913-BRW |
| Saunders et al v. Wyeth, et al | 4:08-cv-03923-BRW |
| Scarbro et al v. Wyeth, et al | 4:08-cv-03927-BRW |
| Mitchelll v. Wyeth, et al | 4:08-cv-03985-BRW |
| Utt et al v. Wyeth, et al | 4:08-cv-04017-BRW |
| Poe et al v. Wyeth, et al | 4:08-cv-04087-BRW |
| Robinson v. Wyeth, et al | 4:08-cv-04103-BRW |
| Blair v. Wyeth Inc et al | 4:08-cv-04170-BRW |
| Huff v. Barr Laboratories Inc et al | 4:09-cv-00103-BRW |
| Reed v. Mylan Pharmaceuticals Inc | 4:09-cv-00132-BRW |
| Logiudice v. Wyeth Pharmaceuticals Inc et al | 4:09-cv-00208-BRW |
| Chaser v. Novartis Pharmaceuticals Corp. et al | 4:09-cv-00410-BRW |
| Gonterman v. Wyeth | 4:09-cv-00505-BRW |

| | |
|---|---|
| Arturi v. Solvay Pharmaceuticals Inc et al | 4:09-cv-00512-BRW |
| Frambs v. Wyeth et al | 4:09-cv-00741-BRW |
| Stanton et al v. Solvay Pharmaceuticals Inc et al | 4:09-cv-00763-BRW |
| Gill et al v. Warner Chilcott US LLC et al | 4:09-cv-00784-BRW |
| Swain v. Wyeth Pharmaceuticals Inc | 4:10-cv-00005-BRW |
| DePace v. Pfizer Inc et al | 4:10-cv-00054-BRW |
| Green v. Wyeth et al | 4:10-cv-00127-BRW |
| Whatley et al v. Wyeth et al | 4:10-cv-00128-BRW |
| Davis v. Pfizer Inc et al | 4:10-cv-00218-BRW |
| Cox v. Wyeth LLC et al | 4:10-cv-00285-BRW |
| Gira v. Wyeth et al | 4:10-cv-00288-BRW |
| Turk v. Wyeth et al | 4:10-cv-00291-BRW |
| Fantozzi v. Wyeth LLC et al | 4:10-cv-00310-BRW |
| Meikle et al v. American Home Products Inc et al | 4:10-cv-00329-BRW |
| Diffley v. Wyeth LLC et al | 4:10-cv-00349-BRW |
| Banks v. Wyeth LLC et al | 4:10-cv-00350-BRW |
| Steele et al v. Wyeth et al | 4:10-cv-00370-BRW |
| Hinton et al v. Wyeth et al | 4:10-cv-00375-BRW |
| Bledsoe v. Wyeth LLC et al | 4:10-cv-00421-BRW |
| Brown v. Wyeth LLC et al | 4:10-cv-00422-BRW |
| Massa v. Warner Chilcott | 4:10-cv-00424-BRW |
| Branson v. Wyeth | 4:10-cv-00428-BRW |
| Plain v. Wyeth LLC et al | 4:10-cv-00435-BRW |
| Langren v. Wyeth LLC et al | 4:10-cv-00438-BRW |
| Hargrove et al v. Pfizer Inc et al | 4:10-cv-00451-BRW |
| Knutson v. Wyeth LLC et al | 4:10-cv-00457-BRW |
| Slaton v. Wyeth LLC et al | 4:10-cv-00461-BRW |
| Baker v. Mylan Pharmaceuticals Inc et al | 4:10-cv-00464-BRW |
| Green v. Wyeth LLC et al | 4:10-cv-00465-BRW |
| Hart et al v. Wyeth LLC et al | 4:10-cv-00475-BRW |
| Evosevich et al v. Wyeth LLC et al | 4:10-cv-00478-BRW |
| Walton v. Wyeth LLC et al | 4:10-cv-00505-BRW |
| Carrick v. Ortho McNeil Pharmaceutical Inc et al | 4:10-cv-00506-BRW |
| Farrell-Suydam v. Wyeth LLC et al | 4:10-cv-00509-BRW |
| Harris v. Pfizer Inc et al | 4:10-cv-00510-BRW |
| McQuirter v. Wyeth LLC et al | 4:10-cv-00512-BRW |
| Geneve v. Pfizer Inc et al | 4:10-cv-00542-BRW |
| Lewis v. K Mart Corp. et al | 4:10-cv-00552-BRW |
| Williams v. Wyeth LLC et al | 4:10-cv-00569-BRW |
| Hansmann v. Wyeth LLC et al | 4:10-cv-00578-BRW |

| | |
|---|---|
| Lopez v. Wyeth LLC et al | 4:10-cv-00587-BRW |
| Jarvis v. Wyeth LLC et al | 4:10-cv-00596-BRW |
| Kerns v. Wyeth LLC et al | 4:10-cv-00600-BRW |
| Krcmarik v. Wyeth LLC et al | 4:10-cv-00601-BRW |
| Oberg v. Pfizer Inc et al | 4:10-cv-00602-BRW |
| Sargent v. Wyeth LLC et al | 4:10-cv-00605-BRW |
| Walther v. Wyeth LLC et al | 4:10-cv-00609-BRW |
| Sundall v. Wyeth LLC et al | 4:10-cv-00611-BRW |
| Bedford v. Wyeth LLC et al | 4:10-cv-00612-BRW |
| Gentry v. Pfizer Inc et al | 4:10-cv-00613-BRW |
| Ely v. Wyeth LLC et al | 4:10-cv-00619-BRW |
| Vincent v. Bristol Myers Squibb Company et al | 4:10-cv-00620-BRW |
| Walton v. Pfizer Inc et al | 4:10-cv-00624-BRW |
| Lindsay v. Pfizer Inc et al | 4:10-cv-00626-BRW |
| Winfield v. Pfizer Inc et al | 4:10-cv-00629-BRW |
| Mehr v. Wyeth LLC et al | 4:10-cv-00632-BRW |
| Erickson v. Wyeth LLC et al | 4:10-cv-00649-BRW |
| Wilson v. Wyeth LLC et al | 4:10-cv-00656-BRW |
| Raybon et al v. Wyeth LLC et al | 4:10-cv-00667-BRW |
| Foster v. Wyeth LLC et al | 4:10-cv-00669-BRW |
| Garcia v. Wyeth LLC et al | 4:10-cv-00681-BRW |
| Genco v. Pfizer Inc et al | 4:10-cv-00682-BRW |
| Ferguson v. Wyeth LLC et al | 4:10-cv-00683-BRW |
| Cameron v. Ortho | 4:10-cv-00686-BRW |
| Clausen v. Watson Laboratories Inc et al | 4:10-cv-00687-BRW |
| Tillman v. Bayer Healthcare et al | 4:10-cv-00709-BRW |
| Eckels v. Wyeth LLC et al | 4:10-cv-00757-BRW |
| Brown v. Wyeth et al | 4:10-cv-00766-BRW |
| Rudolph v. Wyeth LLC et al | 4:10-cv-00774-BRW |
| McGilvray v. Wyeth LLC et al | 4:10-cv-00782-BRW |
| King v. Pfizer Inc et al | 4:10-cv-00792-BRW |
| Grossman et al v. Wyeth LLC et al | 4:10-cv-00797-BRW |
| Day v. Bristol Myers Squibb Company et al | 4:10-cv-00799-BRW |
| Hagle v. Wyeth LLC et al | 4:10-cv-00805-BRW |
| Swanson v. Wyeth LLC et al | 4:10-cv-00813-BRW |
| Johnson v. Wyeth LLC et al | 4:10-cv-00817-BRW |
| Fornberg v. Pfizer Inc et al | 4:10-cv-00818-BRW |
| Christensen v. Pfizer Inc et al | 4:10-cv-00822-BRW |
| Kirchhoff v. Wyeth LLC et al | 4:10-cv-00823-BRW |
| Graves v. Wyeth LLC et al | 4:10-cv-00824-BRW |

| | |
|---|---|
| Holokahi v. Pfizer Inc et al | 4:10-cv-00826-BRW |
| Holden v. Pfizer Inc et al | 4:10-cv-00827-BRW |
| Cassidy v. Pfizer Inc et al | 4:10-cv-00828-BRW |
| Sivils v. Wyeth LLC et al | 4:10-cv-00830-BRW |
| Tallent v. Wyeth LLC et al | 4:10-cv-00839-BRW |
| Beedle v. Wyeth LLC et al | 4:10-cv-00842-BRW |
| Bolster v. Wyeth LLC et al | 4:10-cv-00846-BRW |
| Holzman v. Pfizer Inc et al | 4:10-cv-00865-BRW |
| Sedwick v. Wyeth LLC et al | 4:10-cv-00871-BRW |
| Aeschbacher v. Wyeth LLC et al | 4:10-cv-00873-BRW |
| Wille v. Wyeth et al | 4:10-cv-00886-BRW |
| Brandt v. Wyeth LLC et al | 4:10-cv-00890-BRW |
| Jacquemart v. Wyeth LLC et al | 4:10-cv-00912-BRW |
| Bussart v. Wyeth LLC et al | 4:10-cv-00921-BRW |
| Moore v. Wyeth LLC et al | 4:10-cv-00922-BRW |
| Meranto v. Wyeth LLC et al | 4:10-cv-00923-BRW |
| Easterling v. Pfizer et al | 4:10-cv-00924-BRW |
| Fields v. Wyeth LLC et al | 4:10-cv-00926-BRW |
| Gordon v. Pfizer, et al | 4:10-cv-00933-BRW |
| Mangan v. Wyeth LLC | 4:10-cv-00941-BRW |
| Hubbard et al v. Wyeth | 4:10-cv-00947-BRW |
| Bleckler et al v. Wyeth et al | 4:10-cv-00948-BRW |
| Goble et al v. Wyeth et al | 4:10-cv-00950-BRW |
| Provasnik v. Wyeth Inc et al | 4:10-cv-00955-BRW |
| Collett v. Wyeth LLC et al | 4:10-cv-00958-BRW |
| Poole v. Wyeth LLC et al | 4:10-cv-00973-BRW |
| Anglin v. Wyeth LLC et al | 4:10-cv-00988-BRW |
| Dahlman v. Wyeth LLC et al | 4:10-cv-00989-BRW |
| Weddle v Wyeth LLC et al | 4:10-cv-00992-BRW |
| Raatz v. Wyeth LLC et al | 4:10-cv-01018-BRW |
| Buckley v. Wyeth LLC et al | 4:10-cv-01019-BRW |
| Marcus v. Wyeth LLC et al | 4:10-cv-01021-BRW |
| Cole et al v. Wyeth LLC et al | 4:10-cv-01026-BRW |
| Deshner v. Wyeth LLC et al | 4:10-cv-01027-BRW |
| Pine v. Wyeth LLC et al | 4:10-cv-01028-BRW |
| Beylen v. Wyeth LLC et al | 4:10-cv-01029-BRW |
| Contreras v. Wyeth LLC et al | 4:10-cv-01030-BRW |
| Russell v. Wyeth LLC et al | 4:10-cv-01033-BRW |
| Howard v. Wyeth LLC et al | 4:10-cv-01034-BRW |
| Stanionis v. Wyeth LLC et al | 4:10-cv-01035-BRW |

| | |
|---|---|
| Gilmore v. Wyeth LLC et al | 4:10-cv-01039-BRW |
| Crane v. Wyeth LLC et al | 4:10-cv-01040-BRW |
| Grossman et al v. Wyeth LLC et al | 4:10-cv-01042-BRW |
| Malatesta v. Wyeth LLC et al | 4:10-cv-01043-BRW |
| Hall v. Wyeth LLC | 4:10-cv-01045-BRW |
| Meiller v. Wyeth LLC | 4:10-cv-01046-BRW |
| McCullough v. Pfizer | 4:10-cv-01054-BRW |
| Culberson v. Wyeth LLC et al | 4:10-cv-01057-BRW |
| Sain v. Wyeth LLC et al | 4:10-cv-01060-BRW |
| Struckmann v. Wyeth LLC et al | 4:10-cv-01061-BRW |
| Flood v. Wyeth LLC et al | 4:10-cv-01062-BRW |
| Knobel-Besa v. Wyeth LLC et al | 4:10-cv-01063-BRW |
| Dasen v. Wyeth LLC et al | 4:10-cv-01080-BRW |
| Tay v. Parke Davis & Company LLC | 4:10-cv-01085-BRW |
| Smith v. Wyeth et al | 4:10-cv-01087-BRW |
| Lyons v. Wyeth et al | 4:10-cv-01088-BRW |
| Hanscom v Wyeth LLC et al | 4:10-cv-01135-BRW |
| Trokey v Wyeth LLC et al | 4:10-cv-01147-BRW |
| Willey v. Wyeth LLC et al | 4:10-cv-01200-BRW |
| Palmer v. Wyeth LLC et al | 4:10-cv-01201-BRW |
| Denney v. Wyeth LLC et al | 4:10-cv-01212-BRW |
| Crite v. Wyeth LLC et al | 4:10-cv-01215-BRW |
| Young v. Wyeth LLC et al | 4:10-cv-01224-BRW |
| Sperling v. Wyeth LLC et al | 4:10-cv-01225-BRW |
| Owen v. Pfizer Inc et al | 4:10-cv-01236-BRW |
| Wynkoop v. Wyeth LLC et al | 4:10-cv-01239-BRW |
| Martin v. Watson Laboratories Inc et al | 4:10-cv-01241-BRW |
| Owens et al v. Wyeth LLC et al | 4:10-cv-01267-BRW |
| Mosely v. Wyeth LLC et al | 4:10-cv-01272-BRW |
| Thomas v. Barr Laboratories Inc et al | 4:10-cv-01286-BRW |
| Welch v. Wyeth et al | 4:10-cv-01287-BRW |
| Trout v. Wyeth LLC et al | 4:10-cv-01289-BRW |
| Onody v. Wyeth LLC et al | 4:10-cv-01298-BRW |
| Oberst v. Pfizer Inc et al | 4:10-cv-01299-BRW |
| Krueger v. Wyeth LLC et al | 4:10-cv-01306-BRW |
| Friedberg v. Abbott Laboratories et al | 4:10-cv-01313-BRW |
| Cable v. Pfizer Inc et al | 4:10-cv-01316-BRW |
| Miner v. Wyeth et al | 4:10-cv-01324-BRW |
| Facer v. Bristol Myers Squibb Company et al | 4:10-cv-01347-BRW |
| Lucas v. Novartis Pharmaceuticals Corp. | 4:10-cv-01350-BRW |

| | |
|---|---|
| Funk et al v. Wyeth et al | 4:10-cv-01351-BRW |
| Zand v. Pharmacia & Upjohn Company LLC et al | 4:10-cv-01360-BRW |
| Kafina v. Wyeth LLC et al | 4:10-cv-01371-BRW |
| Luke et al v. Wyeth LLC et al | 4:10-cv-01380-BRW |
| Slaughter v. Wyeth LLC et al | 4:10-cv-01381-BRW |
| Doherty v. Wyeth LLC et al | 4:10-cv-01407-BRW |
| Unlandt v. Wyeth et al | 4:10-cv-01428-BRW |
| Hardin v. Wyeth et al | 4:10-cv-01432-BRW |
| Kah v. Warner Chilcott Corp. et al | 4:10-cv-01572-BRW |
| Hudman v. Wyeth et al | 4:10-cv-01576-BRW |
| Cole v. Wyeth et al | 4:10-cv-01580-BRW |
| Lininger v. Wyeth et al | 4:10-cv-01617-BRW |
| Polk v. Wyeth et al | 4:10-cv-01618-BRW |
| White v. Wyeth et al | 4:10-cv-01619-BRW |
| Ryan v. Wyeth et al | 4:10-cv-01625-BRW |
| Rackle v. Wyeth et al | 4:10-cv-01627-BRW |
| Robbins v. Wyeth et al | 4:10-cv-01676-BRW |
| Rogers v. Wyeth et al | 4:10-cv-01677-BRW |
| Westerfield et al v. Wyeth et al | 4:10-cv-02081-BRW |
| Foreman v. Wyeth LLC et al | 4:11-cv-00095-BRW |
| Boles v. Wyeth LLC et al | 4:11-cv-00096-BRW |
| Eden v. Wyeth LLC et al | 4:11-cv-00097-BRW |
| Grobstein v. Wyeth LLC et al | 4:11-cv-00098-BRW |
| Hruska v. Wyeth LLC et al | 4:11-cv-00100-BRW |
| Lawson v. Wyeth LLC et al | 4:11-cv-00101-BRW |
| Clark v. Wyeth LLC et al | 4:11-cv-00109-BRW |
| Johnson v. Wyeth LLC et al | 4:11-cv-00110-BRW |
| Fields v. Wyeth LLC et al | 4:11-cv-00113-BRW |
| Terry v. Bristol Myers Squibb | 4:11-cv-00132-BRW |
| Mari v. Bristol Myers Squibb Company et al | 4:11-cv-00322-BRW |
| Cline et al v. Wyeth LLC et al | 4:12-cv-00340-BRW |
| Gallegos v. Wyeth | 4:04-cv-00723-BRW |
| Gibson v. Wyeth, et al | 4:04-cv-00726-BRW |
| Valois v. Wyeth Inc et al | 4:05-cv-00594-BRW |
| Kibodeaux v. Wyeth Inc et al | 4:05-cv-00647-BRW |
| Luciano, et al v. Wyeth Inc, et al | 4:05-cv-00666-BRW |